# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CONSTANCE WILSON ANDRESEN,** | : | CIVIL ACTION NO. 1:20-CV-989 |
| Plaintiff | : | |
| | : | (Judge Conner) |
| v. | : | |
| | : | |
| **COMMONWEALTH OF PENNSYLVANIA,** *et al.*, | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 3rd day of May, 2021, upon consideration of the report (Doc. 67) of Magistrate Judge Martin C. Carlson, recommending that the court deny the motion (Doc. 60) for entry of default judgment against defendant Denise Watkins filed by plaintiff Constance Wilson Andreson, and the court noting that Andresen filed an "opposition and clarification of facts for default judgment against Denise Watkins for failure to answer," (see Doc. 68-2), which we construe as an objection to Judge Carlson's report, see FED. R. CIV. P. 72(b)(2), and following *de novo* review of the contested portions of the report, see E.E.O.C. v. City of Long Branch, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)), and affording "reasoned consideration" to the uncontested portions, id. (quoting Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987)), the court finding Judge Carlson's analysis to be well-reasoned and fully supported by the applicable law, and finding Andresen's objection to be without merit, it is hereby ORDERED that:

1. Magistrate Judge Carlson's report (Doc. 67) is ADOPTED.

2. Andresen's motion (Doc. 60) for default judgment is DENIED.

3. Watkins' request (Doc. 65 ¶¶ 18-19) for an extension of time is GRANTED. Watkins shall respond to Andresen's anticipated amended complaint, (see Doc. 71), in accordance with the Federal Rules of Civil Procedure. In the event Andresen does not file an amended complaint by the May 17, 2021 deadline, Watkins shall respond to the original complaint no later than June 1, 2021.

4. This matter is REMANDED to Magistrate Judge Carlson for further pretrial management.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania